## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-669 |
| | § | |
| DEMETRIA GOMEZ CRUZ, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING SUMMARY JUDGMENT
## AND ENTERING FINAL JUDGMENT

The plaintiff, J&J Sports Productions, Inc., filed a motion for summary judgment and brief in support against the defendant, Demetria Gomez Cruz, individually and d/b/a Billares Chuy & Sports Bar and d/b/a Billares Chuy ("Defendant").  Based on the motion, the accompanying brief, the evidence, the pleadings on file, and relevant authorities, the court finds and concludes as follows:

1. Plaintiff is an aggrieved party under the Federal Communications Act, 47 U.S.C. §§ 553 and 605.  It has elected to seek statutory damages.

2. The court has jurisdiction over the subject matter and parties.

3. Defendant exhibited the closed-circuit March 13, 2010 event, "Manny Pacquiao v. Joshua Clottey, WBO Welterweight Championship Fight Program," including undercard and preliminary bouts, (the "Event"), without authorization from Plaintiff.

4. Defendant's actions were willful and for purpose of direct or indirect commercial advantage or private financial gain.

The court orders as follows:

1. Plaintiff is awarded from Defendant statutory damages under 47 U.S.C. § 605(e)(3)(C)(i)(II) in the amount of $10,000.00.

2. Plaintiff is awarded additional damages under 47 U.S.C. § 605(e)(3)(C)(ii) from Defendant in the amount of $10,000.00.

3. Plaintiff is awarded attorney's fees from Defendant in the amount of $750.00 for prosecution of this case through this judgment, based on a reasonable hourly rate of $250.00 and three hours of work.

4. Defendant is enjoined from intercepting or exhibiting an unauthorized program in violation of the Federal Communications Act.

5. Plaintiff is awarded court costs and postjudgment interest on the amounts awarded herein at an annual rate of .11% from the date of this judgment until paid.

6. This is a final judgment.

SIGNED on October 10, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge